UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
Case Number:   18-10272-CIV-MARTINEZ-OTAZO-REYES

DANILO RIGOBERTO BUESO and all others
similarly situated under 29 U.S.C. 216(b),
     Plaintiff,

vs.

SH 3, LTD d/b/a FARO BLANCO RESORT &
YACHT CLUB., SPOTTSWOOD MANAGEMENT,
INC., ROBERT A. SPOTTSWOOD,
     Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' Joint Notice of Settlement [ECF No. 29], indicating that the parties have reached a settlement in this matter.   It is hereby **ORDERED AND ADJUDGED** as follows:

1.    The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before January 7, 2019**.

2.    If the parties fail to comply with this order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3.    The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4.    The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only.   This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 7 day of December, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record